**Order filed, December 30, 2019.**



**In The**

# Fourteenth Court of Appeals

—————

**NO. 14-19-00889-CV**

—————

**NEW STREAM REAL ESTATE LLC F/K/A CHARTER OAK REAL ESTATE FUND, LLC, Appellant**

**V.**

**FRED MORGAN, DAVID HENDRICKS AND JAMES CHARNQUIST, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-81721**

## ORDER

The reporter's record in this case was due December 27, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order My-Thuy M. Cieslar, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists Chief Justice Frost and Justices Christopher and Bourliot.